730 A.2d 1289

IN THE MATTER OF OPINION 33 OF THE COMMITTEE ON
THE UNAUTHORIZED PRACTICE OF LAW (JAMES A. DI
ELEUTERIO, JR., STATE TREASURER–MOVANT).

February 24, 1999.

This matter having been duly presented to the Court, it is
ORDERED that the notice of petition for review of Opinion 33 of
the Supreme Court Committee on the Unauthorized Practice of
Law, which holds that attorneys who are not admitted to practice
law in New Jersey are engaging in the unauthorized practice of
law when they provide legal services to New Jersey governmental
entities in connection with the issuance of state and municipal
bonds, is granted.